
"UNDER SEAL"

FILED

CHARLOTTE, NC

JAN 1 8 2017

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:17CR 15 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| JUSTIN KENNETH WALDEN | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose,

United States Attorney for the Western District of North Carolina, for an order directing that the

Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature

of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed

until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18 day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE