# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>JUSTIN KENNETH WALDEN )<br>_____ ) | CASE NO.: 3:17-CR-015-MOC-DCK<br><br>**ORDER TO UNSEAL**<br>**INDICTMENT** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal The Indictment" (Document No. 6) filed January 25, 2017 by and through Jill Westmoreland Rose, United States Attorney, Western District of North Carolina. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal The Indictment" (Document No. 6) is **GRANTED**, and the above-referenced Bill of Indictment is unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: January 25, 2017

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.