**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 3:17-CR-015-MOC-DCK** |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **JUSTIN KENNETH WALDEN** | ) | |
| | ) | |

    **THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Sentencing Exhibits" (Document No. 34) filed February 16, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the exhibits include letters containing the personal information of third parties.

    **IT IS, THEREFORE, ORDERED** that the "Motion To Seal Sentencing Exhibits" (Document No. 34) is **GRANTED**, and the letters attached to Document No. 33 are hereby sealed until further Order of this Court.

Signed: February 21, 2018

David C. Keesler
United States Magistrate Judge